ANGELO MACCHIO, Respondent, v. KNICKERBOCKER ICE COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered

to the sum of $25,134.94; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.